AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Northern District of California

**FILED**

**JUN 2 1 2016**

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   4:16-mj-70721-MAG-1 |
| | ) | |
| Musa J. Harris | ) | Charging District:   Nebraska |
| _Defendant_ | ) | Charging District's Case No.  4:15CR3040 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Robert V. Denney | Courtroom No.: 2, 5th Fl., Mag. Zwart |
|---|---|---|
| | United States Courthouse 100 Centennial Mall North, ~~Room 593~~ Lincoln, NE 68508-3803 | Date and Time:  6/30/16 at 3:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   Jun 21, 2016

_Judge's signature_

Kandis A. Westmore, US Magistrate Judge
_Printed name and title_